UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADEBOWALE SADARE,

    Petitioner,      Case No. 2:21-mc-50875
    District Judge Sean F. Cox
v.      Magistrate Judge Anthony P. Patti

BOSCH AUTOMOTIVE
SERVICE SOLUTIONS
INC., *et al.*,

    Respondents.
_____/

## ORDER NOTICING HEARING and DIRECTING PLAINTIFF TO EFFECT SERVICE UPON NON-PARTY RICK LEE

Currently before this Court is Petitioner Sadare's June 15, 2021 motion to compel appearance and for sanctions, which Judge Cox has referred to me for hearing and determination. (ECF Nos. 1-2.) Upon consideration, Petitioner and non-party Rick Lee are hereby ordered to appear at a video conference hearing on **Friday, August 6, 2021** at **10:30 a.m.** Details for this hearing will be issued under separate cover.

Because Lee has yet to appear in this matter, Petitioner is **DIRECTED** to serve non-party Lee with a copy of the motion (ECF No. 1), along with a copy of this order, presumably using the address listed in the initiating document (*i.e.*, Rick Lee 3361 Pasadena Street, Detroit, MI 48238). (*See*, *e.g.*, ECF No. 1-1,

1

PageID.12, 15-16, 18, 21.)  Finally, Plaintiff **SHALL** file forthwith proof of service of these items, so the Court can be sure non-party Lee was, in fact, served.

    **IT IS SO ORDERED.**

Dated: June 22, 2021

                                               Anthony P. Patti
                                               UNITED STATES MAGISTRATE JUDGE